1  Young Cho
   Attorney at Law: 189870
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Lonzeta Smith
6

7

8

9                 **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
10                     **WESTERN DIVISION**

11

12

   LONZETA SMITH,                          )  Case No.: 5:15-cv-00346-AGR
13                                          )
                                           )   ORDER OF  DISMISSAL
14           Plaintiff,                     )
                                           )
15       vs.                                )
   CAROLYN W. COLVIN, Acting               )
16 Commissioner of Social Security,        )
                                           )
17                                          )
                                           )
           Defendant.                      )
18                                          )

19

20       Based on the stipulation of the parties, the above captioned matter is

21 dismissed with prejudice, each party to bear its own fees, costs, and expenses.

22       IT IS SO ORDERED.

23 DATE:  August 20, 2015

24       _____
         THE HONORABLE ALICIA G. ROSENBERG
25       UNITED STATES MAGISTRATE JUDGE

26

                                   -1-

1

DATE: August 18, 2015          Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING

3

/s/ *Young Cho*

BY:_____

4

Young Cho
Attorney for plaintiff Lonzeta Smith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

-2-